UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 03-364 |
| PEDRO PABLO MORALES | SECTION "L" |

## ORDER AND REASONS

Before the Court is Defendant Pedro Pablo Morales' Motion for Compassionate Release. R. Doc. 784. The Government opposes the Motion. R. Doc. 785. Mr. Morales replied. R. Doc. 786.

On June 23, 2004, Mr. Morales was sentenced in case number 03-364 to serve 192 months in custody with a ten-year term of supervised release. R. Doc. 264. He served his term and was placed on supervised release. However, in July of 2019 he was detained for violations of his supervised release. R. Doc. 739. He remained in custody pending his revocation hearing. R. Docs. 747, 751. On February 6, 2020, Judge Fallon revoked his supervised release. R. Doc. 773. The Court imposed a sentence of 60 months in the custody of the Bureau of Prisons. *Id.*

Separately, Mr. Morales plead guilty in case number 19-176 to participating in a conspiracy to distribute 500 grams or more of cocaine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846. R. Docs. 18, 19. On June 16, 2021, Judge Africk sentenced him to serve 60 months in the custody of the Bureau of Prisons. This sentence was ordered to be served consecutive to the sentence imposed by Judge Fallon for violation of his supervised release in case number 03-364. R. Doc. 62.

Presently, Mr. Morales has been incarcerated for almost 59 months. R. Doc. 739. He is serving a 60-month sentence imposed by this Section. R. Doc. 773. Because Mr. Morales is only

one month away from completing the 60-month sentence imposed by this Section, his motion for compassionate release is **DENIED** as moot. Mr. Morales may file a motion in case number 19-176 should he wish for a reduction of the 60-month sentence he will serve subsequent to the conclusion of his sentence in this case.

New Orleans, Louisiana, this 26th day of June, 2024.

*[Signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE